UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
Dr. Keith E. Pyne and Enrico Desiata

**Defendant / Respondent:**
CKR LAW LLP and JEFFREY A. RINDE, ESQ.

**AFFIDAVIT OF SERVICE**

Civil Action No. 1:21-cv-1565

STATE OF NEW YORK        )
                         )SS:
COUNTY OF NASSAU         )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Tue, Mar 23 2021 AT 07:36 AM AT 230 WEST 56TH STREET APT. 54C, NEW YORK, NY deponent served the within SUMMONS IN A CIVIL ACTION and COMPLAINT bearing Civil Action No. 1:21-cv-1565 upon JEFFREY A. RINDE, ESQ. defendant therein named.

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to HAROLD P. a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at defendant's last known residence, 230 WEST 56TH STREET APT. 54C, NEW YORK, NY, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on 3-23-21.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 35-40 | Skin Color: Brown Skin | Gender: Male | Weight: 180-190 |
| Height: 5'9" | Hair: Other | Eyes: Brown | Relationship: Concierge/Authorized |
| Other: Hair=Black/Buzzed | | | |

Gina Eannucci - License #2078650

Sworn to before me on 3/25/21

Notary Public

RICHARD SCHULTZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SC6330943
Qualified in Nassau County
My Commission Expires September 28, 20__