**FELICELLO**



Michael James Maloney*
Partner

Felicello Law P.C.
366 Madison Avenue
3rd Floor
New York, NY 10017

Tel. +1 (646) 564-3510
mmaloney@felicellolaw.com

September 27, 2021

VIA ECF

**SO ORDERED**

Hon. George B. Daniels, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The initial conference is adjourned from September 29, 2021 to November 17, 2021 at 9:30 a.m.

SEP 2 8 2021

/s/ George B. Daniels
GEORGE B. DANIELS

Re:   *Pyne et al. v. CKR Law LLP, et al.*, 1:21-cv-01565
      Request to Adjourn Initial Conference Scheduled for September 30, 2021

Dear Judge Daniels:

I represent defendants CKR Law LLP and Jeffrey A. Rinde, Esq. ("Defendants") in the above-referenced action. On August 18, 2021, Defendants filed a motion to dismiss in favor of arbitration. Plaintiff's response to the motion is currently due Wednesday, September 30, 2021 and Defendants reply is due October 29, 2021. Over the course of the past few weeks, counsel for Plaintiffs and I have engaged in discussions regarding a possible agreement to resolve the motion and submit this dispute to arbitration. Although a definitive agreement has not yet been finalized, I also have now been scheduled for surgery on September 30, 2021. Accordingly, the parties respectfully request that the initial conference be adjourned to November 3, 2021 or as soon thereafter as the Court is available. Counsel for Plaintiffs consents to the relief requested herein.

Respectfully submitted,

*/s/ Michael James Maloney*

Michael James Maloney

cc:   All counsel of record

*Admitted to practice law in New York