**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

DR. KEITH E. PYNE and ENRICO DESIATA,

                      Plaintiffs,

    -against-

CKR LAW LLP and JEFFREY A. RINDE,

                      Defendants.

------------------------------------ X

ORDER

21 Civ. 1565 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference on November 17, 2021 is cancelled and oral argument on Defendants' Motion to Vacate Default and Dismiss in Favor of Arbitration, (ECF No. 21), is scheduled for January 5, 2022 at 11:00 a.m.

Dated: November 16, 2021
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE