UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

DR. KEITH E. PYNE and
ENRICO DESIATA,

                             Plaintiffs,

      -against-

CKR LAW LLP and JEFFREY A. RINDE,

                            Defendants.

------------------------------------- x

ORDER

21 Civ. 1565 (GBD)

GEORGE B. DANIELS, District Judge:

    Defendants' Motion to Vacate Clerk's Certificate of Defaults is withdrawn and dismissed as moot. For the reasons stated on the record at oral argument on January 5, 2022, Defendants' Motion to Dismiss this Action in Favor of Arbitration pursuant to 9 U.S.C. § 4 is GRANTED.

    The Clerk of Court is directed to close the motion at ECF No. 21 and this case, accordingly.

Dated: February 3, 2022
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE